IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL 8:08CV222 |
| ) | |
| v. ) | |
| ) | ORDER |
| MICHALA A. CHEREK, ) | |
| ) | |
| Defendant. ) | |

Upon consideration of the Motion to Set Aside Order filed by the United States of America (filing 19),

IT IS HEREBY ORDERED that the motion to set aside is granted, and the Order that was entered on March 3, 2009 (filing 17), is set aside.

DATED this 10th day of March , 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge